IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| LA MEXICANA, INC., | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Laura Cigarroa ("Ms. Cigarroa"), who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant subjected Ms. Cigarroa to discrimination when it subjected her to harassment on the basis of her sex.  Plaintiff seeks monetary relief, including pecuniary

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Cigarroa.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.      At all relevant times, defendant La Mexicana, Inc. ("La Mexicana") has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, defendant La Mexicana has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Ms. Cigarroa filed a charge with the Commission alleging violations of Title VII by defendant La Mexicana.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      During Ms. Cigarroa's employment with defendant, from at least November 2003, La Mexicana engaged in unlawful employment practices at its factory in Seattle, Washington in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). The unlawful employment practices include sexually harassing Ms. Cigarroa.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Cigarroa of equal employment opportunities and otherwise adversely affected her status as an employee of La Mexicana because of her sex.

9.      The unlawful employment practices complained of in paragraph 7 above were intentional.

10.      The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Cigarroa's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

**COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

B.      Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order defendant to make whole Ms. Cigarroa by providing appropriate relief in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order defendant to make whole Ms. Cigarroa by providing compensation for future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order defendant to make whole Ms. Cigarroa by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.      Order defendant to pay Ms. Cigarroa punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

**COMPLAINT-** Page 4 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this __21st__ day of September, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO | RONALD S. COOPER |
| Regional Attorney | General Counsel |
| San Francisco District Office | |
| 350 The Embarcadero, Suite 500 | JAMES L. LEE |
| San Francisco, CA 94105-1260 | Deputy General Counsel |
| | |
| KATHRYN OLSON | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| CARMEN FLORES | |
| Senior Trial Attorney | |

BY: _/s/ William R. Tamayo_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6920 | |

Attorneys for Plaintiff

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**Seattle District Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**