1            Honorable Thomas S. Zilly

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
9                           AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) No. CV6-1359Z |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING ) DEFENDANTS' MOTION FOR |
| LA MEXICANA, INC., | ) BIFURCATION AT TRIAL OF LIABILITY |
| Defendant. | ) AND DAMAGES FROM INJUNCTIVE ) RELIEF |
| LAURA CIGARROA, | ) |
| Plaintiff in Intervention, | ) |
| v. | ) |
| LA MEXICANA, INC.; ALBERT NEAL WALDEN, individually and the marital community thereof with JANE DOE WALDEN, | ) ) ) ) |
| Defendants in Intervention. | ) |
| NEAL WALDEN, | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| LAURA CIGARROA, | ) |
| Counterclaim Defendant. | ) ) |

ORDER GRANTING DEFENDANTS' MOTION
FOR BIFURCATION AT TRIAL OF LIABILITY
& DAMAGES FROM INJUNCTIVE RELIEF- 1
(CV6-1359Z)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

THIS MATTER, having come on regularly for hearing before the undersigned Judge of the above-entitled Court on Defendants' Motion for Bifurcation at Trial of Liability and Damages from Injunctive Relief and having considered,

1. Defendants' Motion for Bifurcation at Trial of Liability and Damages from Injunctive Relief and

2. Declaration of Laurie L. Johnston in Support of Defendants' Motion for Bifurcation at Trial of Liability and Damages from Injunctive Relief and

3.

4. _____ ; and

5. Files and pleadings herein.

IT IS HEREBY,

ORDERED, ADJUDGED AND DECREED that this case is bifurcated. The Court and jury will first hear testimony and evidence regarding issues of liability and monetary damages. If Plaintiffs obtain a successful verdict, the Court will later hear any additional testimony and evidence on the EEOC's request for injunctive relief and the EEOC's request for an order requiring defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for all employees, and which eradicates the effects of its unlawful employment practices past and present.

DONE IN OPEN COURT this _____ day of _____, 2007.

_____
The Honorable Thomas S. Zilly

Presented by:

JACKSON LEWIS LLP

By: _s/Laurie L. Johnston_____
Barry Alan Johnsrud, WSBA #21952
Laurie L. Johnston, WSBA #25927
Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION
FOR BIFURCATION AT TRIAL OF LIABILITY
& DAMAGES FROM INJUNCTIVE RELIEF- 2
(CV6-1359Z)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  Approved as to form;
   Notice of Presentation waived:
2
3  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

4
5  By: _____
       Carmen Flores, WSBA #25798
6      Attorneys for Plaintiff EEOC

7  GEORGIA T. LOCHER, P.S.
8
9  By: _____
       Georgia T. Locher, WSBA #21450
10     Attorneys for Plaintiff in Intervention

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING DEFENDANTS' MOTION
FOR BIFURCATION AT TRIAL OF LIABILITY
& DAMAGES FROM INJUNCTIVE RELIEF- 3
(CV6-1359Z)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Attorney for Plaintiff EEOC:**
Carmen Flores
Lisa Ann Cox
Equal Employment Opportunity Commission
Seattle District Office
909 First Avenue, Suite 400
Seattle, WA  98104

**Attorney for Plaintiff in Intervention, Laura Cigarroa:**
Georgia T. Locher
Attorney at Law
237 S.W. 153rd Street
Burien, WA  98166

Dated this ___1st___ day of November, 2007, at Seattle, Washington.

_____
Andrea W. Preston

ORDER GRANTING DEFENDANTS' MOTION
FOR BIFURCATION AT TRIAL OF LIABILITY
& DAMAGES FROM INJUNCTIVE RELIEF- 4
(CV6-1359Z)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404