UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>LA MEXICANA, INC.,<br><br>                Defendant.<br>_____<br>LAURA CIGARROA,<br><br>                Plaintiff in Intervention,<br><br>v.<br><br>LA MEXICANA, INC.; ALBERT NEAL WALDEN, individually and the marital community thereof with JANE DOE WALDEN,<br><br>                Defendants in Intervention.<br>_____<br>NEAL WALDEN,<br><br>                Counterclaim Plaintiff,<br><br>v.<br><br>LAURA CIGARROA,<br><br>                Counterclaim Defendant. | C06-1359Z<br><br>ORDER APPROVING CONSENT DECREE AND RETAINING JURISDICTION |

ORDER APPROVING CONSENT DECREE
AND RETAINING JURISDICTION - 1

1  Having been advised by the parties of a settlement in this matter, by Order dated
2 November 14, 2007, docket no. 55, the Court dismissed this case with prejudice and without
3 costs to any party.

4  The parties have now filed a proposed Consent Decree, docket no. 57. Having
5 reviewed the same, the Court hereby APPROVES the Consent Decree as the final
6 memorialization of the settlement between the parties.

7  The Court will retain jurisdiction of this matter for purposes of enforcing the Consent
8 Decree for two (2) years and six (6) months from the date of entry of this Order.

9  IT IS SO ORDERED.

10  The Clerk of this Court is directed to send uncertified copies of this Order to all
11 counsel of record.

12  DATED this 30th day of November, 2007.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER APPROVING CONSENT DECREE
AND RETAINING JURISDICTION - 2